**PIMENTEL LAW, P.C.**
Gabriel J. Pimentel, Esq. (SBN 265328)
gpimentel@pimentellawfirm.com
30 N. Raymond Ave., Ste. 210
Pasadena, CA 91103
Tel: (626) 765-6505
Fax: (626) 628-3036

Attorney for Plaintiff,
ROBERT RIGGS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT RIGGS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USF REDDAWAY INC., an Oregon corporation and DOES 1 through 20 inclusive,<br><br>Defendants. | CASE NO. 5:19-cv-1279-JFW (SPx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**<br><br>Action Filed: June 11, 2019<br>Date Removed: July 12, 2019 |

**<u>DECLARATION OF GABRIEL J. PIMENTEL</u>**

1. I am an attorney at law duly licensed to practice before the United States District Court, Central District of California, and am the attorney of record for Plaintiff in the above-entitled action.

2. I have personal knowledge of all facts contained within this declaration.

3. If called to testify to any fact contained within this declaration, I would and could be competent to do so.

4. I am lead trial counsel for Plaintiff in this action.

5. I have registered as an ECF User, my email address of record is gpimentel@pimentellawfirm.com, and I consent to service and receipt of filed documents by electronic means.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 26, 2019

By: ______________________
Gabriel J. Pimentel