NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RIGGS, an individual,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>USF REDDAWAY INC., an Oregon corporation,<br><br>　　　　　　　Defendants. | CASE NO. 5:19-cv-1279-JFW (SPx)<br><br>Hon. John F. Walter in Courtroom 7A<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF PAGA SETTLEMENT AND ENTRY OF JUDGMENT** |

The Court having reviewed the Private Attorneys General Act Settlement Agreement and Release (the "Settlement Agreement") and Plaintiff's Motion for Approval of PAGA Settlement ("Motion"), GRANTS Plaintiff's Motion subject to the following findings and orders:

a) Pursuant to Labor Code § 2699(l)(2), the Court has reviewed the Settlement Agreement and finds the proposed settlement of PAGA claims to be fair and reasonable. All defined terms contained herein shall have the same meanings as set forth in the Settlement Agreement executed by the Parties and filed with this Court.

b) The Court approves the Settlement Agreement and confirms the release and waiver of claims provided for in Section 3 of the Settlement Agreement. Upon entry of this Order, the Parties shall effectuate and act in accordance with all terms of the Settlement Agreement.

c) Pursuant to the terms of the Settlement Agreement, The Court approves the PAGA Payment in the amount of $10,000.00. 75% of the PAGA Payment will be allocated and paid to the California Labor and Workforce Development Agency. 25% of the PAGA Payment will be allocated and distributed equally amongst the 52 alleged aggrieved employees as set forth in the Settlement Agreement.

d) This action, including each and every cause of action alleged therein, is hereby DISMISSED WITH PREJUDICE in its entirety, and JUDGMENT IS ENTERED pursuant to the Settlement Agreement. This Court shall have and retain continuing jurisdiction over this action to enforce the terms

of the parties' Settlement Agreement. Other than as expressly provided in the Settlement Agreement, both Parties shall bear their own costs and fees.

e) Pursuant to Labor Code § 2699(l)(3), Plaintiff shall submit a copy of this Order and Judgment to the LWDA within 10 days of entry of this Order and Judgment.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 30, 2020            By:_____
                                                   Honorable John F. Walter
                                                   U.S. District Judge